**Princeton HUMMINGWAY, by Birth: Sidi Mohammed El 'Halabi El 'Kettani, et al., Appellants**

v.

**George W. BUSH, et al., Appellees.**

No. 06–5395.

United States Court of Appeals, District of Columbia Circuit.

April 27, 2007.

Princeton Hummingway, Los Angeles, CA, pro se.

R. Craig Lawrence, Assistant U.S. Attorney, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: GINSBURG, Chief Judge, and BROWN and KAVANAUGH, Circuit Judges.

## *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. It is

**ORDERED AND ADJUDGED** that the district court's order filed November 14, 2006, be affirmed. The district court did not abuse its discretion in dismissing the complaint on the ground that it did not comply with the requirements of Federal Rules of Civil Procedure 8(a) and 8(e)(1). *See Ciralsky v. CIA,* 355 F.3d 661, 668–71 (D.C.Cir.2004); *Karim–Panahi v. U.S. Congress,* 105 Fed.Appx. 270, 274 (D.C.Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.